# United States District Court

SOUTHERN DISTRICT OF NEW YORK

Brenda Barnes-George

Index No. 07 CIV 9660

*Plaintiff(s) Petitioner(s)*

against

Yonkers Public Schools, Sharon Woods, Carole-Ann Dunleavy & Beverly Nash

*Defendant(s) Respondent(s)*

**AFFIDAVIT OF SERVICE**

ORANGE COUNTY, NEW YORK STATE: MICHAEL CRUDELE being sworn says: Deponent is not a party herein, is over 18 years of age and resides at 66 Hickory Drive, Campbell Hall, NY

On 2-12-2008 at 1015 A.M., at Larkin Plaza, Yonkers, N.Y.

deponent served the within:
- ☒ summons and complaint
- ☒ United States District Court

on Carole-Ann Dunleavy
C/O Yonkers Public School District

☒ defendant

**CORPORATION (2)**: a Educational corporation, by delivering thereat a true copy of each to Bernard P. Pierorazio personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be Superintendent of Schools thereof

**SUITABLE AGE PERSON (3)**: by delivering thereat a true copy of each to Bernard P. Pierorazio Superintendent of Schools a person of suitable age and discretion.

**DESCRIPTION**: ☒ Male, ☒ White Skin, ☒ Black Hair, ☒ Brown Hair, ☒ 51-65 Yrs., ☒ 5'4"-5'8", ☒ 161-200 Lbs.

**MILITARY SERVICE**: ☒ N

Michael Crudele