AO 88 (Rev. 11/91) Subpoena in a Civil Case

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

Brenda Barnes-George

Index No. 07 CIV 9660

*Plaintiff(s) Petitioner(s)*

Calendar No.

**AFFIDAVIT OF SERVICE**

Yonkers Public Schools, Sharon Woods, Carole-Ann Dunleavy & Beverly Nash

*against*

*Defendant(s) Respondent(s)*

ORANGE COUNTY, NEW YORK STATE: MICHAEL CRUDELE being sworn says: Deponent is not a party herein, is over 18 years of age and resides at 66 Hickory Drive, Campbell Hall, NY

On 2-12-2008 at 10:15A M., at Larkin Plaza Yonkers N.Y deponent served the within:
- ☐ summons ☐ with notice
- ☒ summons and complaint
- ☐ notice of petition and petition
- ☐ subpoena ☐ subpoena duces tecum
- ☐ summons, Spanish summons and complaint, the language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of the summons(es)
- ☐ citation
- ☒ United States District Court

on Sharon Woods c/o Yonkers public School District

☒ defendant ☐ respondent ☐ witness (hereinafter called the recipient therein named)

**INDIVIDUAL 1.** ☐ by delivering a true copy of each to said recipient personally; deponent knew the person so served to be the person described as said recipient therein.

**CORPORATION 2.** ☒ a Educational corporation, by delivering thereat a true copy of each to Bernard P Pierorazio personally, deponent knew said corporation so served to be the corporation described in same as said recipient and knew said individual to be Superintendent of Schools thereof

**SUITABLE AGE PERSON 3.** ☒ by delivering thereat a true copy of each to Bernard P Pierorazio Superintendent of Schools a person of suitable age and discretion. Said premises is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state.

**AFFIXING TO DOOR, ETC. 4.** ☐ by affixing a true copy of each to the door of said premises, which is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there

Deponent talked to _____ at said premises who stated that recipient ☐ lived ☐ worked there.

**MAILING TO RESIDENCE USE WITH 3 OR 4 5A.** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipient's last known residence, at _____ and deposited said envelope in an official depository under exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4 5B.** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to recipient at recipient's actual place of business, at _____ in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient.

**DESCRIPTION** ☒
- ☒ Male
- ☐ Female
- ☒ White Skin
- ☐ Black Skin
- ☐ Yellow Skin
- ☐ Brown Skin
- ☐ Red Skin
- ☒ Black Hair
- ☒ Brown Hair
- ☐ Blonde Hair
- ☐ Gray Hair
- ☐ Red Hair
- ☐ White Hair
- ☒ Balding
- ☐ Mustache
- ☐ Beard
- ☐ Glasses
- ☐ 14-20 Yrs.
- ☐ 21-35 Yrs.
- ☐ 36-50 Yrs.
- ☒ 51-65 Yrs.
- ☐ Over 65 Yrs.
- ☐ Under 5'
- ☐ 5'0"-5'3"
- ☒ 5'4"-5'8"
- ☐ 5'9"-6'0"
- ☐ Over 6'
- ☐ Under 100 Lbs.
- ☐ 100-130 Lbs.
- ☐ 131-160 Lbs.
- ☒ 161-200 Lbs.
- ☐ Over 200 Lbs.

Other identifying features: _____

**WITNESS FEES** ☐ $ _____ the authorizing traveling expenses and one days' witness fee:
- ☐ was paid (tendered) to the recipient
- ☐ was mailed to the witness with subpoena copy.

**MILITARY SERVICE** ☒ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.