UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

BRENDA BARNES-GEORGE,                           07 CV 9660 (SCR)

        Plaintiff,                    **NOTICE OF APPEARANCE**

vs.

YONKERS PUBLIC SCHOOLS,
SHARON WOODS, CAROLE-ANNE
DUNLEAVY and BEVERLY NASH,

        Defendants.
---------------------------------------------------------x

        PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for plaintiff

in this matter.  Kindly send all pleadings and correspondence to the referenced address.

        Respectfully submitted,

        MICHAEL H. SUSSMAN [3497]

SUSSMAN & WATKINS
PO BOX 1005
GOSHEN, NY 10924

COUNSEL FOR PLAINTIFF

DATED: 2/24/08