# DONOGHUE, THOMAS, AUSLANDER & DROHAN

### ATTORNEYS AND COUNSELLORS AT LAW
### 2517 ROUTE 52
### HOPEWELL JUNCTION, NEW YORK 12533

(845) 227-3000

TELECOPIER (845) 227-6873



JOHN M. DONOGHUE
LAWRENCE W. THOMAS
JAMES F. DROHAN
DANIEL PETIGROW
STUART G. WAXMAN*

ANA ISABEL GONZALEZ
JUDITH CRELIN MAYLE
BRYN SARVIS PACE
NEFLANJAN CHOUDHURY

PARALEGAL
LYNN W. CYBULSKI
CHRISTINE A. MERSAND

*ADMITTED IN NEW YORK AND NEW JERSEY

OF COUNSEL
ROCHELLE J. AUSLANDER
D'ANDREA & GOLDSTEIN
NATALIE J. MARSHALL

WESTCHESTER COUNTY OFFICE
700 WHITE PLAINS ROAD
SCARSDALE, NEW YORK 10583
(914) 725-7893
TELECOPIER (914) 472-1840

February 29, 2008

VIA FACSIMILE: (914) 390-4179

Honorable Stephen C. Robinson
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street, Room 633
White Plains, NY 10601



MEMO ENDORSED

RE: **Barnes-George v. Yonkers Public School District, Sharon Woods, Carole-Ann Dunleavy, and Beverly Nash (case no. 07cv9660)**

Dear Judge Robinson:

    Our firm represents the defendants in the above-referenced matter. We respectfully request an extension of time to answer or move to dismiss under FED. R. CIV. P. 12[b]. This is our first request for an extension of time with regard to this matter and as such, no prior relief has been granted or denied by the court. According to the court docket (copy enclosed), plaintiff has filed affidavits of service claiming service on the named defendants on February 12, 2008. Plaintiff has not presented the defendants with a FED. R. CIV. P. 4[d] waiver form. As such, upon information and belief, the deadline for defendants to answer or move is on or about Monday, March 3, 2008. Plaintiff's counsel has consented to our request.

    We have attempted to prepare a Rule 12[b] motion within the 20 day time period but are in need of additional time so as not to prejudice our clients' rights and defenses. As such, 20 days is not enough time for us to properly prepare for a Rule 12[b] motion as we require more time to prepare the defendants' respective defenses and to obtain sworn affidavits. Furthermore, due to last week's inclement weather, our offices were shut down for a period of time and our time to prepare a Rule 12[b] motion has been effectively cut short. Since last week, we have attempted to prepare our motion within the 20 day limit, but we will need more time.

USDC
DOCU
ELEC    ALLY FILED
DOC #:
DATE FILED:

Honorable Stephen C. Robinson
February 29, 2008
Page 2 of 2

As such we respectfully request a three week extension from the original deadline, with March 24, 2008 as the new deadline for defendants to answer or move to dismiss.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

Neelanjan Choudhury (2342)

Enclosure

cc: Michael Sussman, Esq. (Via Facsimile 845-294-1623)

*Defendants' time to answer or move is extended to 3/24/08.*

**APPLICATION GRANTED**

HON. STEPHEN C. ROBINSON
2/29/08